**Order entered March 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01476-CV

## IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

## ORDER

Appellants, grandparents of the children, appeal from an order from family court denying their motion to dismiss pursuant to the Texas Citizens Participation Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003, 51.014(a)(12). Before the Court is appellee's March 10, 2020 emergency motion to lift stay. Appellee asks this Court to lift the automatic stay invoked by appellants so that she can seek to modify possession and access to the children and enforce child support and medical support against the father of the children. *See id*. § 51.014(b).

Section 51.014(b) provides that "[a]n interlocutory appeal under Subsection (a), other than an appeal under Subsection (a)(4) or *in a suit brought under the*

*Family Code*, stays the commencement of a trial in the trial court pending resolution of the appeal." *See id*. (Emphasis added). Because the underlying lawsuit was brought under the Family Code, the automatic stay of section 51.014(b) does not apply. Accordingly, we **DENY** the motion as moot.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Sandra Jackson, Presiding Judge of the 302nd Judicial District Court, and, all parties.

/s/     BILL WHITEHILL
JUSTICE